THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

**FM Aviation II, LLC**,
    Debtor.
_____/

Chapter: 11
Case No: **8:10-bk-24832-CED**

**Chapter 11 Case Management Summary**

FM Aviation II, LLC, Debtor in the above-styled Chapter 11 proceeding, by and through its undersigned attorney, hereby files its Case Management Summary in Compliance with Adminsistrative Order FLMB 2009-1.

    l.    Description of the debtor's business.

Debtor is a South Carolina limited liability company, wholly owned by Frank M. Mongelluzzi. Mr. Mongelluzzi is the owner of a number of other entities in various fields of endeavor. Debtor was formed in November 18, 2009, to acquire two business class jet aircraft, including a Gulfstream G-IV, Registration No. N2SA, and a second Gulfstream G-IV, Registration number N3SA. The aircraft were purchased on November 23, 2009, with the original intention to immediately resell them at a profit.

    2.    Locations of debtor's operations and whether leased or owned.

Debtor's business is managed from the home office location of a number of Mr. Mongelluzzi's other businesses, at 3040 Gulf to Bay Blvd., Clearwater, FL. Debtor has no separate office location or area within the building. Debtor pays no rent.

    3.    Reasons for filing Chapter 11.

Initally the cost of the aircraft was being funded from Mr. Mongelluzzi's other business.

However, financial reverses in those other business made it impossible for Mr. Mongelluzzi to continue providing funds which which to make note payments. Debtor contiued efforts to sell the aircraft, but also explored a variety of other options, including efforts to exchange the aircraft in a transaction in which the acquirer would take over note payments. While those efforts toward sale or trade were continuing, but it became apparent they were not going to materialize quickly, Debtor then began active efforts to secure revenue from the operation of those aircraft, placing N2SA in charter under the air carrier certificate of Paradigm Jet Management through an Aircraft Managment Agreement. The secured creditor which claims a security interest in the aircraft, VFS Financing, Inc. ("VFS"), initiated efforts to repossess the aircraft, and obtained a "grounding order" from the Supreme Court of New York County, New York. This Chapter 11 case was then filed. Subsequent to the filing of the petition, VFS attempted to take physical possession of the aircraft, has induced Paradigm Jet Management to revoke its agreement to allow operation of N2SA under its air carrier certificate, and has attempted to continue or assert control over Debtor's use of both the aircraft.

4. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing.

Debtor's sole owner and officer is Frank M. Mongelluzzi. He has received no salary or other benefits from Debtor since the entity was created.

5. Debtor's annual gross revenues.

Information currently unavailable.

6. Amounts owed to various classes of creditors:

    a. Obligations owed to priority creditors such as governmental creditors for taxes.

None.

b. Identity, collateral, and amounts owed to secured creditors.

VFS Financing, Inc. - Security Interest in the two aircraft reference above. The aircraft are financed under two separate notes and security agreements. The aggregate amount claimed by this creditor is $18,487,181.77.

c. Amount of unsecured claims.

Unsecured claims were originally scheduled indicating amounts totalling about $32,500.00. Subsequently, additional information obtained by Debtor suggest the unsecured claims total something on the order of $100 thousand to $105 thousand.

7. General description and approximate value of the debtor's current and fixed assets.

Debtor's only assets consist of the two aircraft indicated above. According to VFS, the value of the aircraft is approximately $12.4 million in orderly liquidation. Debtor has no independent estimate of the value of the aircraft.

8. Number of employees and amounts of wages owed as of petition date.

None. Previously the pilot and other operation personnel were employees of other companies owned by Mr. Mongelluzzi. Debtor expects that they will become employees of the Debtor either during reorganization or after confirmation.

9. Status of debtor's payroll and sales tax obligations, if applicable.

There are no payroll taxes or sales tax obligation owed.

10. Anticipated emergency relief to be requested within 14 days from the petition date.

(a) Motion to Use Cash Collateral.

(b) Motion for Authority to enter into Aircraft Managment Agreement.

(c) Motion for Contempt for VFS's willful violation of the Automatice Stay.

/s/ Langfred W. White
Langfred W. White, Esquire
The Law Offices of Langfred W. White, P.A.
25400 U.S. Highway 19 North, Suite 160
Clearwater, FL 33763
(727) 797-5599 Phone
(727) 797-5695 Fax
lan@lwwhiteattorney.com
FBN# 326151
*Attorney for Debtor*