UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                    Case No. 8:10-bk-24832-CED
                                                          Chapter 11

        FM Aviation II, LLC,

                Debtor.
_____/

**ORDER TO SHOW CAUSE**

        THIS CASE came on for consideration of the Court's own motion for purposes of entering

an appropriate order.  The Court notes that on October 15, 2010, the Court entered a Notice of

Deficient Filing (Doc. No. 6), which specified deficiencies with the Debtor's petition and schedules,

and provided the Debtor fourteen (14) days from the date of the notice to cure the deficiencies.  The

Court has reviewed the Schedules (Doc. No. 32), the Statement of Financial Affairs (Doc No. 32),

the Statement of Corporate Ownership (Doc. No. 33), and the Declaration Regarding Electronic

Filing (Doc. No. 35) filed by the Debtor, and finds that the Debtor's schedules remain deficient

because Schedule F filed with the Court does not contain the creditors' addresses, indicate whether

the claim is contingent, unliquidated or disputed, or specify the amount of the claim.  Accordingly,

it is

        **ORDERED** that Debtor is directed to appear before the Court on November 23, 2010, at

1:30 p.m., in Courtroom 10B of the Sam M. Gibbons Courthouse, 801 North Florida Avenue,

Tampa, Florida, to show cause why Bankruptcy Case Number 8:10-bk-24832-CED should not be

dismissed or converted.

        **DONE** and **ORDERED** in Chambers at Tampa, Florida, on ___November 18, 2010___

                                        _____
                                        Caryl E. Delano
                                        United States Bankruptcy Judge